PER CURIAM.
Affirmed. See City of Jacksonville v. Stokes, Fla.1954, 74 So.2d 278; Winn-Dixie Stores, Inc. v. Miller, Fla.App.1969, 220 So.2d 680; Dixon v. Thompson, Fla.App. 1969, 217 So.2d 887; Pensacola Greyhound Racing, Inc. v. Williams, Fla.App.1967, 193 So.2d 628; Berlin v. Southgate Corp., Fla.App. 1962, 142 So.2d 362; Hanson v. Shell’s City, Inc., Fla.App.1961, 133 So.2d 573; and Shapiro v. Woolworth, Fla.App. 1960, 120 So. 806.